May Term, 1839.

THATCHER
v.
COLEMAN.

---

## THATCHER and Another *v.* COLEMAN.

In a suit before a justice of the peace, brought by *A.* and *B.* in their sur-names only, the defendant appeared and confessed judgment. *Held*, that as the judgment was by confession, there could be no appeal. *Held*, also, that the objection to the suit, on account of the omission of the plaintiffs' christian names, was waived by the defendant's appearance and confession of judgment.

*Monday,*
*May 20.*

ERROR to the *Tippecanoe* Circuit Court.

BLACKFORD, J.—The plaintiffs sued the defendant before a justice of the peace on a note for 40 dollars and 32 cents. Judgment by confession for the amount of the note.

The defendant appealed to the Circuit Court.

The note was payable to " *Thatcher* and *Walker*," and the suit was brought in that name, without setting out the christian names of the plaintiffs. The form of the judgment by the justice is, that the *plaintiffs* recover of the defendant the sum of, &c.

The Circuit Court, on the defendant's motion, dismissed the suit on the ground, that it could not be sustained in the name of " *Thatcher* and *Walker*," the plaintiffs' christian names being omitted.

This judgment must be reversed. The judgment having

been rendered by the justice on the confession of the de- fendant, the Circuit Court had no jurisdiction of the cause. The statute is express, that from judgments by confession before justices of the peace, there shall be no appeal. Rev. Code, 1831, p. 297. The Court, therefore, had no authority to dismiss the suit, and thus deprive the plaintiffs of their judgment rendered by the justice. The appeal—not the suit—should have been dismissed.

If, however, this objection to the jurisdiction did not exist, the judgment would still be erroneous. The objection to the suit, founded on the omission of the christian names of the plaintiffs, was waived by the defendant's appearance and confession of judgment.

*Per Curiam.*—The judgment is reversed, and the proceedings subsequent to the motion to dismiss *the suit* set aside, with costs. Cause remanded, with instructions to the Circuit Court to dismiss *the appeal* for want of jurisdiction.

*A. S. White* and *R. A. Lockwood*, for the plaintiffs.
*J. Pettit*, for the defendant.